

# Fourth Court of Appeals
## San Antonio, Texas

March 14, 2018

No. 04-17-00796-CR

Russel Dean **HANSHAW**,[1]
Appellant

v.

The **STATE** of Texas,
Appellee

From the 187th Judicial District Court, Bexar County, Texas
Trial Court No. 2014CR8144
The Honorable Joey Contreras, Judge Presiding

### ORDER

Appellant's Request for Remand and Correction of the Trial Court's Certification of Appellant's Right to Appeal is GRANTED IN PART. It is ORDERED that the judgment and all court documents in Trial Court No. 2014CR8144 in the 187th Judicial District Court be reformed to reflect appellant's surname as "Harshaw." In accordance with this court's opinion of this date, this appeal is DISMISSED. *See* TEX. R. APP. P. 25.2(d).

It is so **ORDERED** on March 14, 2018.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of March, 2018.

_____
Keith E. Hottle, Clerk of Court

---

[1] The record before this court refers to the appellant as Russel Dean Hanshaw, however, the Texas Identification Card included in the clerk's record reads Russell Dean Harshaw.